MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
160 Spear St. Ste 800
San Francisco, CA 94105
Telephone: (415) 977-8967
Facsimile: (415) 744-0134
E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL VASQUEZ,<br>Plaintiff,<br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | Case No. 1:18-cv-01042-EPG<br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br>(ECF No. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Opening Brief be extended by 32 days, from April 1, 2019 to May 3, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.

Defendant requests this extension due to her counsel's heavy workload, including, but not limited to, two appellate briefs in the United States Court of Appeals for the Ninth Circuit and nine other district court briefs due in the same month.

///

Defendant's counsel respectfully requests this additional time to expend the necessary time to review the record and to evaluate the issues Plaintiff raised, and to submit Defendant's response to Plaintiff's Opening Brief for review by this Court.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 1, 2019

*/s/ Beatrice Na for Jonathan Pena* *
(* As authorized via email on April 1, 2019)
JONATHAN PENA

Attorney for Plaintiff

Dated: April 1, 2019

MCGREGOR W. SCOTT
United States Attorney

By: */s/ Beatrice Na*
BEATRICE NA
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

Pursuant to the stipulation of the parties (ECF No. 15), Defendant is granted an extension of time, to May 3, 2019, to file a response to Plaintiff's opening brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **April 2, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE