# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MICHAEL ANDRADE VASQUEZ, | Case No. 1:18-cv-01042-EPG |
| Plaintiff, | ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) , 28 U.S.C. § 2412(d) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (ECF No. 25) |
| Defendant. | |

Pursuant to the stipulation of the parties for the award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (ECF No. 25),

IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIX THOUSAND SEVEN HUNDRED THIRTY-SEVEN DOLLARS AND 21/100, ($6,737.21) under the EAJA, subject to the terms of the above-referenced stipulation, including any offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: **September 6, 2019**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE